No. 2973.—El Pueblo, apdo., *v.* Hernández, aplte.—C.
D. San Juan.   Enero 28, 1927.

Por cuanto los únicos errores señalados por el apelante
son:

*Primero:* Que la corte inferior erró al admitir en evi-
dencia la declaración del acusado, hecha por escrito ante el
Juez de Paz de Bayamón, Lcdo. Pesquera, sin que en dicha

declaración escrita constara que se le habían hecho las advertencias legales necesarias.

*Segundo:* Que el veredicto fué contrario a la prueba presentada por el Pueblo de Puerto Rico.

Por cuanto el mismo juez de paz que había tomado la declaración jurada del acusado declaró como testigo en el juicio ampliamente de las circunstancias bajo las cuales la dicha declaración del acusado había sido prestada, la naturaleza voluntaria de ésta y las advertencias legales hechas por dicho funcionario antes de haberse tomado dicha declaración, todo sin objeción u oposición alguna por parte de la defensa y antes de ofrecer en evidencia la referida declaración por escrito; no habiendo el apelante citado en su alegato jurisprudencia o autoridad alguna en apoyo de su contención sobre la inadmisibilidad de dicho documento bajo tales circunstancias y no habiendo comparecido en el acto de la vista para sostenerla y,

Por cuanto un examen cuidadoso de toda la prueba practicada en el juicio no revela que el veredicto traído por el jurado, fué contrario a la prueba así aportada.

Por tanto *se confirmó* la sentencia apelada.